# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HDR HOLDING, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11396 (MFW)<br><br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HDR HOLDING, INC. AND SCHRAMM INC.,<br><br>Plaintiff,<br><br>v.<br><br>GENNX360 CAPITAL PARTNERS, L.P., GENNX 360 CAPITAL FUND, L.P., OSCAR GROOMES, JERRY BURRIS, ED BREINER, BOBBY BRYAN, JOHN BELLIS, THOMAS STRAUSS, PRATIK RAJEEVAN, RONALD E. BLAYLOCK, OTIS SPENCER, JETTE CAMPBELL, JAMES DOLAN, CRAIG MAYMAN, JESSE GLOVER, LLOYD TROTTER, AND CHUCK CASTINE.<br><br>Defendants. | Adv. Proc. No. _____ |

**COMPLAINT**

**[Filed Under Seal Pursuant to Relief Requested in the Motion to Seal]**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: HDR Holding, Inc. (2015) and Schramm, Inc. (0480). The Debtors' mailing address is 800 E. Virginia Ave., West Chester, PA 19380.

#55123760 v1

| | |
|---|---|
| Dated:  September 11, 2019<br>Wilmington, Delaware | Respectfully submitted,<br><br>Pepper Hamilton LLP<br><br><br>/s/ *Donald J. Detweiler*<br>Donald J. Detweiler (#3087)<br>Joanna J. Cline (#5873)<br>John H. Schanne, II (#5260)<br>Christopher B. Chuff (#5729)<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone: (302) 777-6500<br>Facsimile:  (302) 421-8390<br>E-mail:  detweilerd@pepperlaw.com<br>　　　　　schannej@pepperlaw.com<br><br>and<br><br>Francis J. Lawall, Esquire<br>Pepper Hamilton, LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103-2799<br>Telephone:     (215) 981-4451<br>Facsimile:     (215) 981-4750<br>Email:           lawallf@pepperlaw.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

#55123760 v1