## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HDR HOLDING, INC., *et al.*,[1] | ) Case No. 19-11396 (MFW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HDR HOLDING, INC. AND SCHRAMM INC., | ) |
| Plaintiff, | ) |
| v. | ) Adv. Proc. No. 19-50360 (MFW) |
| GENNX360 CAPITAL PARTNERS, L.P., GENNX 360 CAPITAL FUND, L.P., OSCAR GROOMES, JERRY BURRIS, ED BREINER, BOBBY BRYAN, JOHN BELLIS, THOMAS STRAUSS, PRATIK RAJEEVAN, RONALD E. BLAYLOCK, OTIS SPENCER, JETTE CAMPBELL, JAMES DOLAN, CRAIG MAYMAN, JESSE GLOVER, LLOYD TROTTER, AND CHUCK CASTINE. | ) **Related Docket No. 12** |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, John H. Schanne, II, do hereby certify that on the 26th day of November, 2019, as counsel to The Official Committee of Unsecured Creditors of HDR Holding, Inc. and Schramm, Inc., I served the signed *Order to the Certification Of Counsel Regarding Stipulation Adjourning*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: HDR Holding, Inc. (2015) and Schramm, Inc. (0480). The Debtors' mailing address is 800 E. Virginia Ave., West Chester, PA 19380.

#56120832 v1

*All Defendants' Time To Respond To The Complaint Without Date And Other Related Relief* was served on the parties in the manner indicated on the attached service list.

Dated:  November 27, 2019

PEPPER HAMILTON LLP

*/s/ John H. Schanne, II*
Donald J. Detweiler, Esq.
John H. Schanne, II, Esq.
Pepper Hamilton, LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
detweilerd@pepperlaw.com
schannej@pepperlaw.com

-and-

Francis J. Lawall, Esq.
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799
lawallf@pepperlaw.com

 *Counsel to the Official Committee Of Unsecured Creditors*

**FIRST CLASS MAIL**
GenNx360 Capital Partners, L.P.
c/o GenNx360 GP, LLC
300 Park, Fl 17
New York, NY  10022-7402

**FIRST CLASS MAIL**
GenNx360 Capital Fund, L.P.
Attn: Officer, Managing or General Agent
308 E. Lancaster Ave., Suite 300
Wynnewood, PA  19096-2145

**FIRST CLASS MAIL**
Jerry Burris, CEO & Director
Midwest Can Company
10800 West Belmont Ave.
Franklin Park, IL 60131

**FIRST CLASS MAIL**
Jette Campbell
505 Sedgewood Lake Drive
Charlotte, NC  28211-1300

**FIRST CLASS MAIL**
*(Counsel to GenNx360 Capital Partners, L.P.)*
Justin Rawlins, Esq.
333 S. Grand Ave., 38th FL
Los Angeles, Ca  90071-1543

**FIRST CLASS MAIL**
Craig Mayman
Schramm, Inc.
800 East Virginia Ave., Suite 3
West Chester, PA  19380

**FIRST CLASS MAIL**
Jerry Burris
715 Club Drive
Aurora, OH 44202-6303

**FIRST CLASS MAIL**
Jesse Glover
Schramm, Inc.
800 East Virginia Ave., Suite 3
West Chester, PA  19380

**FIRST CLASS MAIL**
Jette Campbell, Partner
Carl Marks Advisors
900 Third Ave., 33rd FL
New York, NY  10022

**FIRST CLASS MAIL**
Charles Castine, Managing Partner
GenNx360 Capital Partners
590 Madison Ave., 27th FL
New York, NY  10022

#56120832 v1

**FIRST CLASS MAIL**
Craig Mayman
616 Walden Drive
West Chester, PA  19380-5212

**FIRST CLASS MAIL**
Pratik Rajeevan, VP
GenNx360 Capital Partners
590 Madison Ave., 27th FL
New York, NY  10022

**FIRST CLASS MAIL**
Lloyd Trotter, Managing Partner
GenNx360 Capital Partners
590 Madison Ave., 27th FL
New York, NY  10022

**FIRST CLASS MAIL**
Ronald E. Blaylock, Managing Partner
GenNx360 Capital Partners
590 Madison Ave., 27th FL
New York, NY  10022

**FIRST CLASS MAIL**
Lloyd Trotter
170 Bears Cub Drive
Jupiter, FL  33477-4203

**FIRST CLASS MAIL**
Otis Spencer, Jr.
GenNx360 Capital Partners
590 Madison Ave., 27th FL
New York, NY  10022

**FIRST CLASS MAIL**
Charles Castine
7024 Windham Parkway
Louisville, KY  40059-8820

*FEDERAL EXPRESS*
Bobby Bryan
Oil States Industries, Inc.
7701 South Cooper Street
Arlington, TX  76001

#56120832 v1

| | |
|---|---|
| **FIRST CLASS MAIL**<br>Pratik Rajeevan<br>12 Wilson Way, South<br>Princeton Junction, NJ  08550 | *FEDERAL EXPRESS*<br>Ed Breiner<br>223 Sage Hill Lane<br>West Chester, PA  19382-8569 |
| **FIRST CLASS MAIL**<br>Ronald E. Blaylock<br>444 W. 19th Street, Apt. 701A<br>New York, NY  10011-3848 | *FEDERAL EXPRESS*<br>John Bellis, Director<br>Church Farm School<br>1001 E. Lincoln Hwy.<br>Exton, PA  19341 |
| *FEDERAL EXPRESS*<br>Bobby Bryan<br>49 Founders Way<br>Dowingtown, PA 1 19335-4520 | *FEDERAL EXPRESS*<br>Thomas Strauss, VP/CFO<br>API Heat Transfer<br>2777 Walden Avenue<br>Buffalo, NY  14225 |
| *FEDERAL EXPRESS*<br>Ed Breiner, Director<br>Major Drilling Group<br>111 St. George St., Suite 100<br>Moncton, NB W1C 1T7 | *FEDERAL EXPRESS*<br>Robinson & Cole LLP<br>Attn:  Jamie L. Edmonson<br>1000 N. West Street<br>Suite 1200<br>Wilmington, DE  19801 |

1801491-NYCSR03A - MSW
#56120832 v1

***FEDERAL EXPRESS***
John Bellis
910 Saratoga Drive
West Chester, PA  19380-5518

***FEDERAL EXPRESS***
Winston & Strawn LLP
Attn:  Carey D. Schreiber
200 Park Avenue
New York, NY  10166-4193

***FEDERAL EXPRESS***
James Dolan
552 Mountainview Rd., Apt. B5
Berwyn, PA  19312-1420

#56120832 v1